# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**WILLIAM GOFF AND TEENA GOFF**

**VERSUS**

**ALLSTATE INSURANCE COMPANY**

**CIVIL ACTION**

**NO. 18-689-JWD-EWD**

## NOTICE AND ORDER

Pending before the Court is a Motion to Consolidate (the "Motion to Consolidate") filed by plaintiffs, William and Teena Goff ("Plaintiffs") seeking to consolidate the above-captioned suit and *William Goff and Teena Goff*, Civil Action No. 18-705, United States District Court, Middle District of Louisiana (the "18-705 Action"). Per the Motion to Consolidate, Plaintiffs assert that the parties are the same in both actions, that both causes of action arise out of the same set of operative facts and circumstances, and that defendant, Allstate Insurance Company ("Allstate") has no opposition to the proposed consolidation.[1]

Following the filing of the Motion to Consolidate, the parties jointly moved to dismiss the 18-705 Action, asserting that "all disputes, claims and causes of action at dispute in this present case, captioned above, have been amicably resolved between Plaintiffs and Allstate in its capacity as a WYO flood insurance carrier only" and that all "remaining state law claims against Allstate Insurance Company in its capacity as a private insurance company" were reserved.[2] The District Judge entered an Order granting the joint motion to dismiss on September 7, 2018.[3] It is unclear

---

[1] 18-cv-689, R. Doc. 10.

[2] 18-cv-705, R. Doc. 8, p. 1.

[3] 18-cv-705, R. Doc. 9.

what the effect of the September 7, 2018 order granting the joint motion to dismiss in the 18-705 Action is on the pending Motion to Consolidate.

Accordingly,

**IT IS HEREBY ORDERED**, that within seven (7) days of this Notice and Order, the parties shall submit a Joint Notice to the Court stating: (1) the effect of the September 7, 2018 order granting the joint motion to dismiss on the Motion to Consolidate.; and (2) the status of Civil Action No. 18-689 in light of the September 7, 2018 order granting dismissal in the 18-705 Action.

Signed in Baton Rouge, Louisiana, on September 20, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**