UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM GOFF AND TEENA GOFF | CIVIL ACTION |
| VERSUS | |
| ALLSTATE INSURANCE COMPANY | NO. 18-689-JWD-EWD |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 28, 2018, to which no opposition was filed;

**IT IS ORDERED** that the Motion to Consolidate, (Doc. 10), is GRANTED, and that Civil Action 18-705-JWD-EWD be consolidated with Civil Action No. 18-689-JWD-EWD.

**IT IS FURTHER ORDERED** that, following consolidation, this Court declines to exercise supplemental jurisdiction over the only remaining claims, which arise under state law, and that these suits are REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 16, 2018</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**